IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CHRISTOPHER YOUNG, #186204, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:05-CV-247-T |
| ) | (WO) |
| BILLIE MITCHEM, WARDEN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

This litigation is now before the court on the magistrate judge's initial and supplemental recommendations (doc. nos. 11 & 18). After a review of the recommendations, and after an independent and de novo review of the entire record, it is ORDERED as follows:

1.  Petitioner's objections to the initial recommendation (doc. no. 12) are overruled.

2.  The magistrate judge's initial and supplemental recommendations (doc. nos. 11 & 18) are adopted.

3.  Petitioner's application for habeas corpus relief (doc. no. 1) is denied as time-barred.

DONE, this the 22nd day of August, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE