IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARCUS CHRISTOPHER YOUNG, #186204, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:05-CV-247-T |
| | ) | (WO) |
| BILLIE MITCHEM, WARDEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**JUDGMENT**

In accordance with the order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that petitioner's application for habeas corpus relief (doc. no. 1) is denied as time-barred.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 22nd day of August, 2005.

   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE